**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**James W. EVANS, Defendant-Appellant.**

No. 82–8784
Non-Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 16, 1983.

William P. Gaffney, Asst. U.S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before GODBOLD, Chief Judge, RONEY and TJOFLAT, Circuit Judges.

**PER CURIAM:**

Appellant was convicted for willful failure to file federal income tax returns in violations of 26 U.S.C. § 7203 (1976). His contention that the district court had no subject matter jurisdiction over the offense is frivolous. *U.S. v. Spurgeon,* 671 F.2d 1198 (8th Cir.1982); *U.S. v. Marks,* 534 F.Supp. 663 (W.D.Mo.1982).

AFFIRMED.